UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:14 CR 415 |
| Plaintiff | ) ) ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| PIERRE LOGAN, | ) ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on August 29, 2024 for a final supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Pierre Logan was present and represented by Assistant Federal Public Defender Jeffrey Lazarus. The United States was represented by Assistant United States Attorney Michelle Baeppler. The Pretrial Services and Probation Office was represented by Jamie Rinella. The court reporter was George Staiduhar. The United States dismissed violation 3 at the initial hearing before Magistrate Judge Greenberg. Defendant admitted to supervised release violations 1 and 2 at the August 13, 2024 hearing before Magistrate Judge Greenberg, who issued a report and recommendation to this court. The court adopts the Report and Recommendation of the Magistrate Judge as stated on the open record and finds Mr. Logan in violation of the terms of his supervised release as stated on the open record.

IT IS ORDERED that Defendant's term of supervised release is revoked. Defendant is

sentenced to 5 months custody of the Bureau of Prisons.  Defendant shall receive credit for time served from July 17, 2024 or August 8, 2024, as determined by the Bureau of Prisons.  No term of supervised release shall follow.  Defendant was advised of his right to appeal.

      IT IS SO ORDERED.

                                                /s/*SOLOMON OLIVER, JR.*  
                                                UNITED STATES DISTRICT JUDGE

August 29, 2024